UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 10-002-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LARRY VAUGHN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

In September 2024, Defendant Larry Vaughn was charged with several violations of the conditions of supervision previously imposed by the undersigned. Thereafter, his appointed counsel filed several motions to continue the final hearing on the alleged violations due to difficulties communicating with Vaughn. These difficulties cumulated in the Court directing Vaughn to undergo a competency evaluation. The subsequent evaluation and report prepared by Bureau of Prison's forensic psychologist Leslie Johnson, Ph.D., indicated that Defendant Vaughn was competent to proceed.

During a recent hearing before United States Magistrate Judge Hanly A. Ingram, the parties stipulated to the admissibility and substance of the report. And after analyzing the report and observing the defendant, Magistrate Judge Ingram concluded that there is no evidence tending to show that he was not competent to proceed. [Record No. 261] Neither party has objected to the Magistrate Judge's recommendation within the time permitted.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither

party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Accordingly, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Recommended Disposition of United States Magistrate Judge Hanly A. Ingram [Record No. 261] is **ADOPTED IN FULL** and **INCORPORATED** here by reference.

2. The Court concludes that Defendant Larry Vaughn is competence to proceed with further proceedings in this matter.

3. The final hearing on the alleged violations of supervised release conditions is scheduled for **Thursday, April 24, 2025,** beginning at **10:00 a.m.,** at the United States Courthouse in **LONDON**, Kentucky.

Dated: April 7, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky